ORDERED.

Dated: July 02, 2015

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**NANCY  JUNE  HAMILTON-QUITEVIS**　　　　　Case No.  **15-01375-BKC-3F7**

　　　　　**Debtor.**

**ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER**

Upon the consents of the debtor and the trustee, it is

ORDERED:

1. The Trustee's Motion for Turnover regarding the 1996 Chevy GEO tracker, VIN-2CNBE1863T6949980, 2006 Imperial Utility Box Trailer, and 1996 Dodge Pick Up, VIN-1B7HC16Y6TJ200439, is granted.

2. The debtor shall turnover the box trailer and vehicles, together with all keys and original titles, to the trustee within ten days from the date of the entry of this order.

3. Subject to the notice required by 11 U.S.C. § 363, in lieu of turnover, the debtor shall purchase from the trustee the estate's non-exempt interest in a 2005 Cadillac CTS-V6,  VIN-1G6DP567550117663, for the total sum of $4,600.00, to be paid in full no later than July 19, 2015.  The payment shall be made payable to "Gregory K. Crews, Trustee", and mailed to his office address, 8584 Arlington Expressway, Jacksonville, Florida 32211.

Page 2/Case No: 15-01375-3F7

      4.  The trustee shall comply with the noticing requirements of 11 U.S.C. §363(b) and Bankruptcy Rule 2002.  This sale is subject to notice to all interested parties and no objections being sustained.

      5.  The debtor(s) shall maintain collision and liability insurance on the vehicle(s) and shall provide the trustee a certificate naming him as a loss payee.  The coverage shall continue so long as there remains any sums unpaid under this Order.

Gregory Crews, Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

## CONSENTS

      We consent to the entry of the above Order Granting Trustee's Motion for Turnover.

| /s/ Gregory K. Crews | /s/ Tony A. Turner |
|---|---|
| **Gregory K. Crews** | **Tony A. Turner** |
| **Attorney for Trustee** | **Attorney for Debtor** |
| **Florida Bar No. 172772** | **Florida Bar No. 899925** |
| **8584 Arlington Expressway** | **168 Blanding Blvd., Unit 1** |
| **Jacksonville, Florida 32211** | **Orange Park, Florida  32073** |
| **(904) 354-1750** | **(904) 272-5529** |