UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

NANCY JUNE HAMILTON-QUITEVIS          Case No. 15-01375-BKC-3F7

_____Debtor._____

TRUSTEE'S APPLICATION TO EMPLOY
FLEMING & COMPANY, LLC. AS AUCTIONEER FOR THE TRUSTEE

The Trustee, **GREGORY K. CREWS**, represents as follows:

1. Pursuant to §327 of the Bankruptcy Code, the trustee wishes to employ **FLEMING & COMPANY, LLC.,** at the rate of 15% of the gross proceeds, which will include the auctioneer's advertising costs. In addition the auctioneer may apply to be reimbursed for other reasonable out of pocket expenses. The trustee requests that he be authorized to pay the auctioneer's fee and expenses upon receipt of the auction proceeds. The auctioneer will charge a 10% buyer's premium to bidders. The buyer's premium will be remitted to the trustee in addition to the bid amount and will be considered to be part of the gross proceeds.

2. The auctioneer is being employed to sell at public auction sale the following property of the estate: 1996 Chevy GEO tracker, VIN-2CNBE1863T6949980, 2006 Imperial Utility Box Trailer, and 1996 Dodge Pick Up, VIN-1B7HC16Y6TJ200439.

3. The trustee has selected the auctioneer for the reason that it has had substantial experience in conducting public auctions.

4. The auctioneer does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14).

5. The Auctioneer has agreed to seek compensation at his standard rate pursuant to the provisions of §330 of the Bankruptcy Code and understands their reasonableness shall be determined at a later date by the Court.

Dated July 13, 2015.

/s/ Gregory K. Crews
GREGORY K. CREWS, Trustee
Florida Bar No. 172772
8584 Arlington Expressway
Jacksonville, Florida 32202-4304
(904) 354-1750

Copies to:
United States Trustee
Fleming & Company, LLC.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: NANCY JUNE HAMILTON-QUITEVIS            CASE #: 15-01375-BKC-3F7

## DECLARATION OF AUCTIONEER

I, PETER MOCKE, declare as follows:

1. I am a managing partner of Fleming & Company., LLC.

2. To the best of declarant's knowledge and belief neither he nor Fleming Co., LLC has any connection with the debtors, creditor or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. I understand, as provided in 11 U.S.C. §328(a), that, notwithstanding the terms and conditions set forth in the application to employ me, the court may allow compensation different from the terms and conditions in the application if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

4. I also understand, as provided in 11 U.S.C. §330(a)(2), the court may award compensation that is less than the amount of compensation that is requested.

5. I will charge a commission of 15% of the gross proceeds. I will charge bidders a buyer's premium of 10%. I will remit to the trustee the gross proceeds plus the 10% buyer's premium and my commission will be based upon the total amount remitted.

6. I also understand that I may be required to disgorge funds that the trustee has paid to me in the event the Court does not approve the fee or expenses at the conclusion of the case.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/3/15

PETER MOCKE
Fleming & Company, LLC
11636 Davis Creek Rd., E
Jacksonville, FL 32256
(904) 886-9200