# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-01375-3F7 JAF  
**Case Name:** HAMILTON-QUITEVIS, NANCY JUNE  
**Period Ending:** 06/30/15

**Trustee:** (290900)    Gregory K. Crews  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/08/15  
**Claims Bar Date:** 07/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Property at 298 A & B College Dr. Orange 32065<br>   Orig. Description: Property at 298 A & B College Dr. Orange 32065; Imported from original petition Doc# 1<br>(See Footnote) | 370,000.00 | 0.00 | | 0.00 | FA |
| 2 | Property at 1483 Pawnee St. Orange<br>   Orig. Description: Property at 1483 Pawnee St. Orange; Imported from original petition Doc# 1 | 194,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand.<br>   Orig. Description: Cash; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>   Orig. Description: Vystar Checking Acct# 422278; Imported from original petition Doc# 1 | 226.26 | 0.00 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>   Orig. Description: Ameris Bank Checking; Imported from original petition Doc# 1 | 874.57 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings, including audio<br>   Orig. Description: LIVING ROOM: Sofa & Chairs 3 $50 End tables 2 $20 Lamps 2 $20 TV's, Stereos $75; Imported from original petition Doc# 1 | 165.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings, including audio<br>   Orig. Description: KITCHEN: Small Appliances $55 Cookware $25 Dishes & Utensils $15; Imported from original petition Doc# 1 | 95.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-01375-3F7 JAF  
**Case Name:** HAMILTON-QUITEVIS, NANCY JUNE  

**Period Ending:** 06/30/15

**Trustee:** (290900)  Gregory K. Crews  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/08/15  
**Claims Bar Date:** 07/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Household goods and furnishings, including audio<br>  Orig. Description: DINING ROOM: Table, Chairs $65 Buffet, Sideboard $20; Imported from original petition Doc# 1 | 85.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods and furnishings, including audio<br>  Orig. Description: BEDROOM: 1 Queen Bed $50 Bedding $10 Dressers, Bureaus $25 TV's, Stereo $25; Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 10 | Wearing apparel.<br>  Orig. Description: Women's wardrobe; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Furs and jewelry.<br>  Orig. Description: Wedding band; Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 12 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Description: 2002 Chevy GEO Tracker Mileage: engine light, scratches on the convertible and latch is broken.; Imported from original petition Doc# 1 | 500.00 | Unknown | | 0.00 | Unknown |
| 13 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Description: 2005 Cadillac CTS-V6 Mileage: 70,000; Imported from original petition Doc# 1 | 4,500.00 | 4,600.00 | | 0.00 | 4,600.00 |
| 14 | Automobiles, trucks, trailers and other vehicles<br>  Orig. Description: 2006 Imperial Utility Trailer, box trailer (Freedom); Imported from original petition Doc# 1 | 250.00 | Unknown | | 0.00 | Unknown |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-01375-3F7 JAF  
**Case Name:** HAMILTON-QUITEVIS, NANCY JUNE  

**Period Ending:** 06/30/15

**Trustee:** (290900)    Gregory K. Crews  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/08/15  
**Claims Bar Date:** 07/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Automobiles, trucks, trailers and other vehicles<br>    Orig. Description: 1996 Dodge Pick up avaerage to poor condition ( in Debtor's deceased husband's name); Imported from original petition Doc# 1 | 250.00 | Unknown | | 0.00 | Unknown |
| 16 | Other personal property of any kind not already<br>    Orig. Description: storage shed; Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets**    **Totals**  (Excluding unknown values) | **$576,055.83** | **$4,600.00** | | **$0.00** | **$4,600.00** |

RE PROP# 1    Property is titled to Quitevis Enterprises, Inc., not debtor.

---

**Major Activities Affecting Case Closing:**

07/14/15  The debtor shall turnover the 1996 Chevy GEO tracker, VIN-2CNBE1863T6949980, 2006 Imperial Utility Box Trailer, and 1996 Dodge Pick Up, VIN-1B7HC16Y6TJ200439, together with all keys and original titles, to the trustee within ten days from the date of the entry of this order.

07/14/15 trustee employed Fleming & Company as auctioneer.
7/8/15 Debtor paid in full $4,600.00 for 2005 Cadillac CTS pursuant to court order dated  7/2/15 Doc #20. (ag)

Claims bar dates are 7/30 & 9/23/2015.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-01375-3F7 JAF  
**Case Name:** HAMILTON-QUITEVIS, NANCY JUNE  
**Period Ending:** 06/30/15

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 03/27/15 (f)  
**§341(a) Meeting Date:** 05/08/15  
**Claims Bar Date:** 07/30/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 15, 2016  
**Current Projected Date Of Final Report (TFR):** August 15, 2016